O

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALFREDO ADAME CALVILLO,<br>Petitioner,<br>v.<br>WARDEN BRYAN BIRKHOLZ,<br>Respondent. | Case No. 2:26-cv-05285-CAS-MBK<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment be entered denying the Petition and dismissing this action without prejudice.

Dated: September 18, 2026

Christina A. Snyder

HON. CHRISTINA A. SNYDER
SENIOR U.S. DISTRICT JUDGE