JS-6

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

ALFREDO ADAME CALVILLO,
Petitioner,

v.

WARDEN BRYAN BIRKHOLZ,
Respondent.

Case No. 2:26-cv-05285-CAS-MBK

JUDGMENT

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge, IT IS ADJUDGED that the petition for writ of habeas corpus is DENIED and this action is dismissed without prejudice.

Dated: September 18, 2026

Christina A. Snyder

HON. CHRISTINA A. SNYDER
SENIOR U.S. DISTRICT JUDGE